```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08593
   DONNA L DUNN JOHNSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1491


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/09/2008 and was confirmed 06/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 01/24/2009.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
 BMW FINANCIAL SERVICES    SECURED VEHIC    32121.09         813.23        2604.59
 BMW FINANCIAL SERVICES    UNSECURED       NOT FILED            .00            .00
 COOK COUNTY TREASURER     SECURED           5395.38         482.26         342.36
 COOK COUNTY TREASURER     SECURED NOT I        .00             .00            .00
 COOK COUNTY TREASURER     UNSECURED       NOT FILED            .00            .00
 LIGHTHOUSE FINANCIAL GRO  SECURED VEHIC     4900.00         127.44         147.71
 LITTON LOAN SERVICING     CURRENT MORTG        .00             .00            .00
 LITTON LOAN SERVICING     MORTGAGE ARRE        .00             .00            .00
 LITTON LOAN SERVICING     CURRENT MORTG        .00             .00            .00
 LITTON LOAN SERVICING     MORTGAGE ARRE        .00             .00            .00
 LASALLE BANK              CURRENT MORTG        .00             .00            .00
 LASALLE BANK              MORTGAGE ARRE        .00             .00            .00
 WILSHIRE CREDIT CORPORAT  NOTICE ONLY     NOT FILED            .00            .00
 ART INSTRUCTION SCHOOL    UNSECURED          150.00            .00            .00
 CITY OF CHICAGO PARKING   UNSECURED         1500.00            .00            .00
 CITY OF CHICAGO           NOTICE ONLY     NOT FILED            .00            .00
 COLLECTION PROFESSIONALS  UNSECURED          415.80            .00            .00
 ARROW FINANCIAL SERVICES  UNSECURED          525.01            .00            .00
 BANFIELD THE PET HOSPITA  UNSECURED       NOT FILED            .00            .00
 BANFIELD THE PET HOSPITA  UNSECURED       NOT FILED            .00            .00
 RODNEY IVEY               NOTICE ONLY     NOT FILED            .00            .00
 HSBC AUTO FIN             UNSECURED        30239.18            .00            .00
 LIGHTHOUSE FINANCIAL GRO  UNSECURED         4097.42            .00            .00
 LASALLE BANK              NOTICE ONLY     NOT FILED            .00            .00
 ILLINOIS DEPT OF REVENUE  PRIORITY            44.00            .00            .00
 COMMONWEALTH EDISON       FILED LATE         254.55            .00            .00
 ILLINOIS ATTORNEY GENERA  FILED LATE         676.00            .00            .00
 NEAL FELD                 DEBTOR ATTY       2,339.00                          .00
 TOM VAUGHN                TRUSTEE                                          382.41
 DEBTOR REFUND             REFUND                                              .00


     Summary of Receipts and Disbursements:

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 08593 DONNA L DUNN JOHNSON
```

```
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  4,900.00

PRIORITY                                              .00
SECURED                                          3,094.66
    INTEREST                                     1,422.93
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               382.41
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                   4,900.00                4,900.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                            /s/ Tom Vaughn
    Dated: 03/17/09         _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE


                        PAGE   2
        CASE NO. 08 B 08593 DONNA L DUNN JOHNSON